# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| TAREK NAHLAWI | § | |
| | § | |
| V. | § | CASE NO. 4:14cv609 |
| | § | (Judge Mazzant) |
| XREVETTE BURTON-DABNEY | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 10, 2014, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's case be remanded to Justice Court of Precinct 1, Collin County, Texas, because of this Court's lack of subject matter jurisdiction.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's case is **REMANDED** to Justice Court of Precinct 1, Collin County, Texas.

All relief not previously granted is **DENIED**.
**SIGNED this 7th day of January, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE